

A PREMIER SBA LENDER

December 21, 2010

BY REGULAR 1st CLASS
& CERTIFIED MAIL

Ms. Arlene D. Stevens
3575 Tripp Road
Woodside, CA 94062

Re:  SBA Loan No.: 899 859 45 08
Loan Name: TV-32 Digital Ventures, Inc.

Dear Ms. Stevens:

The above captioned 504 Loan, evidenced by a Note dated August 26, 2005 in the principal amount of $1,457,000 is in default.  The payment due for February 1, 2009, and for each subsequent month thereafter, in the amount of $10,100.37 each, has not been paid.

You, as guarantor under the written Guarantee dated August 26, 2005, have guaranteed the punctual payment when due of the amounts owing under the Note.

Because of the foregoing default, Capital Access Group, Inc. ("CDC") on behalf of the U.S. Small Business Administration ("SBA"), as authorized by the terms of the Note, has declared the entire indebtedness owing under the Note due and payable.

Demand is hereby made upon you for the entire indebtedness owing under the Note consisting of the principal balance of $1,356,616.27 as of December 21, 2010, together with accrued interest of $150,118.15 for a total of $1,506,734.42, which will continue to accrue interest at the rate of 5.617% per annum.

There will be additional interest in the amount of $208.77 each day after December 21, 2010, through the date your remittance is received in this office.

If the amount demanded is not received in this office within fifteen (15) days of the date of this letter, CDC will pursue collection using all available remedies for the collection of this indebtedness.  Payment of an amount other than the total amount demanded will not invalidate this demand nor permit CDC and SBA from effecting recovery from sale of any and all real property and personal property collateral securing this loan.

Sincerely,

David Simmons
Portfolio Manager



A PREMIER SBA LENDER

December 21, 2010

BY REGULAR 1st CLASS
& CERTIFIED MAIL

Ms. Arlene D. Stevens
1010 Corporation Way
Palo Alto, CA 94303

Re: SBA Loan No.: 899 859 45 08
Loan Name: TV-32 Digital Ventures, Inc.

Dear Ms. Stevens:

The above captioned 504 Loan, evidenced by a Note dated August 26, 2005 in the principal amount of $1,457,000 is in default. The payment due for February 1, 2009, and for each subsequent month thereafter, in the amount of $10,100.37 each, has not been paid.

You, as guarantor under the written Guarantee dated August 26, 2005, have guaranteed the punctual payment when due of the amounts owing under the Note.

Because of the foregoing default, Capital Access Group, Inc. ("CDC") on behalf of the U.S. Small Business Administration ("SBA"), as authorized by the terms of the Note, has declared the entire indebtedness owing under the Note due and payable.

Demand is hereby made upon you for the entire indebtedness owing under the Note consisting of the principal balance of $1,356,616.27 as of December 21, 2010, together with accrued interest of $150,118.15 for a total of $1,506,734.42, which will continue to accrue interest at the rate of 5.617% per annum.

There will be additional interest in the amount of $208.77 each day after December 21, 2010, through the date your remittance is received in this office.

If the amount demanded is not received in this office within fifteen (15) days of the date of this letter, CDC will pursue collection using all available remedies for the collection of this indebtedness. Payment of an amount other than the total amount demanded will not invalidate this demand nor permit CDC and SBA from effecting recovery from sale of any and all real property and personal property collateral securing this loan.

Sincerely,

David Simmons
Portfolio Manager

# EXHIBIT E