

# SMALL BUSINESS ADMINISTRATION

Office of Financial Operations
Programmatic Accounting Group
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of March 3, 2011

(Interest accrued on unpaid balance through above date)

Loan Number 89985945-08  Name TV 32 DIGITAL VENTURES INC
Address 1010 Corporation Way, Palo Alto, CA 94303

Total Amount Disbursed:

| | | |
|---|---|---|
| Loan | $ 1,356,016.27 | |
| Recoverable Expenses | $ 2,839.20 | |
| Total Amount Disbursed | $ 1,358,855.47 | |
| Less: Repayments | | $ 0.00 |
| Current Balance | | $ 1,358,855.47 |
| Add: Accrued & Purchase Interest | | $ 165,171.31 |
| Total Charges Outstanding | | $ 1,524,026.78 |
| Total Indebtedness | | $ 1,524,026.78 |

Daily interest accrual on current balance          $ 209.11

Date of Last Transaction          Interest Paid Through

03/03/11

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

Authorized Signature and Title          Date 05/12/11

SBA FORM 596 B (8-81)



# SMALL BUSINESS ADMINISTRATION
Office of the Chief Financial Officer
Denver Finance Center
Programmatic Accounting Division
Denver, CO 80259

## CERTIFICATE OF INDEBTNESS

I, Sue Cirocco, Supervisory Accountant, Programmatic Accounting Division, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration, do hereby certify as such officer that I have the authority to make this Certificate and that the financial records of said Small Business Administration are under my custody including the records which are maintained in connection with a loan to:   TV 32 DIGITAL VENTURES INC  #89985945-08.

Enclosed as Exhibit "A" is a Statement of Account and Transcript of Account relating to said loan, certified as true by Sue Cirocco, Supervisory Accountant, Programmatic Accounting Division, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration.  Said Statement of Account and Transcript of Account are true and correct to the best of my personal knowledge and from my examination of the books and records of the Small Business Administration with respect to said loan, and are hereby incorporated with and made part of this certificate.

Executed this 12th day of May, 2011 _____
                                    Sue Cirocco, Supervisory Accountant

I, Betty L Summers, a Notary Public in and for the State of Colorado, do hereby certify that the above named Supervisory Accountant is employed by the United States Small Business Administration, and that such officer has custody of the official financial records of the Small Business Administration.

My commission expires:  November 13, 2013 _____
                                              Betty L Summers

TRANSCRIPT FOR:   SBA serviced, single interest rate loans.

ENTER Interest Rate = 5.617%   DONE BY: [ ]   pay

PURPOSE of Transcript

## TRANSCRIPT OF ACCOUNT

SBA  U. S. Small Business Administration
Denver, CO 80259

NAME: TV 32 Digital Ventures Inc

| LOAN NUMBER 89985945-08 | | INTEREST RATE 5.617% | | SERVICE OFFICE | | | DATE 12-May-11 | |
|---|---|---|---|---|---|---|---|---|
| TRANSACTION DATE | INTEREST DAYS | DISBURS./CPC (REFUND) | REMITTANCE | APPLICATION OF REMITTANCE | | | BALANCES | |
| | | | | PRINCIPAL | INTEREST | ACCR. INTEREST | PRINCIPAL | ACCR. INTEREST |
| 09/01/09 | | | | | | | $1,356,016.27 | $50,780.56 |
| 08/31/10 | 364 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1,356,116.27 | $126,739.30 |
| 09/21/10 | 21 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,356,416.27 | 131,121.85 |
| 11/18/10 | 58 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,356,616.27 | 143,228.73 |
| 12/27/10 | 39 | 2,139.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,358,755.47 | 151,370.76 |
| 03/03/11 | 66 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,358,855.47 | 165,171.31 |
| TOTALS | | $2,839.20 | $0.00 | $0.00 | $0.00 | $0.00 | | |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

AUTHORIZED SIGNATURE

DATE 5/12/11

SBA FORM 6455 (11-93) SOP 2021.1

| Calculation of Account 4020 | INTEREST RATE Change here if necessary | Principal First? 1 = no 2 = yes |
|---|---|---|
| $75,958.74 | 5.617% | 1 |
| 4,382.55 | 5.617% | 1 |
| 12,106.88 | 5.617% | 1 |
| 8,142.03 | 5.617% | 1 |
| 13,800.55 | 5.617% | 1 |
| $114,390.75 | | |
| TOTAL 4020 | | |

Page 1 of 1

ACCELERATION TRANSCRIPT OF ACCOUNT AND PAYMENT HISTORY

| | | |
|---|---|---|
| Control #: | 72168 | |
| Name: | TV-32 DIGITAL VENTURES, INC. | |
| CDC: | CAPITAL BUSINESS GROUP, INC. | |
| CDC #: | 09-554 | |
| Loan #: | 8998594007 | |
| Issue Date: | SEP 13, 2006 | |
| Maturity Date: | SEP 01, 2026 | |

| | |
|---|---|
| Deb. Amount: | $ 1,457,000 |
| Deb. Rate: | 5.540% |
| Note Rate: | 5.61725% |
| Term of Loan: | 20 YEARS |
| Date last pmt: | JAN 05, 2009 |

| Mo. Escrow: | |
|---|---|
| Pymts 1-60: | $ 10,100.37 |
| Pymts 61-120: | $ 11,330.32 |
| Pymts 121-180: | $ 11,330.32 |
| Pymts 181-240: | $ 11,330.32 |

| | PAYMENT | | | APPLICATION OF PAYMENT | | | | | | BALANCES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Status | # | Payment $ Received | Principal | Interest | SBA Fee | CDC Fee | CSA Fee | Excess Amt | Principal | Accrued Int | Accrued SBA Fee | Accrued CSA Fee | Accrued CDC Fee | Late Fee | Escrow P,I&U |
| SEP 13, 2006 | LOAN FUNDED | | | | | | | | | 1,457,000.00 | | | | | | 10,100.37 |
| OCT 03, 2006 | RECD | 1 | 11,330.32 | 6,008.20 | 4,092.17 | 349.68 | 758.85 | 121.42 | | 1,450,991.80 | | | | | | 10,100.37 |
| NOV 02, 2006 | RECD | 2 | 11,330.32 | 3,308.22 | 6,752.15 | 349.68 | 758.85 | 121.42 | | 1,447,683.58 | | | | | | 10,100.37 |
| DEC 04, 2006 | RECD | 3 | 11,330.32 | 3,323.70 | 6,776.67 | 349.68 | 758.85 | 121.42 | | 1,444,359.88 | | | | | | 10,100.37 |
| JAN 03, 2007 | RECD | 4 | 11,330.32 | 3,339.26 | 6,761.11 | 349.68 | 758.85 | 121.42 | | 1,441,020.62 | | | | | | 10,100.37 |
| FEB 02, 2007 | RECD | 5 | 11,330.32 | 3,354.89 | 6,745.48 | 349.68 | 758.85 | 121.42 | | 1,437,665.73 | | | | | | 10,100.37 |
| MAR 02, 2007 | RECD | 6 | 11,330.32 | 3,370.60 | 6,729.77 | 349.68 | 758.85 | 121.42 | | 1,434,295.13 | | | | | | 10,100.37 |
| APR 03, 2007 | RECD | 7 | 11,330.32 | 3,386.37 | 6,714.00 | 349.68 | 758.85 | 121.42 | | 1,430,908.76 | | | | | | 10,100.37 |
| MAY 02, 2007 | RECD | 8 | 11,330.32 | 3,402.23 | 6,698.14 | 349.68 | 758.85 | 121.42 | | 1,427,506.53 | | | | | | 10,100.37 |
| JUN 04, 2007 | RECD | 9 | 11,330.32 | 3,418.15 | 6,682.22 | 349.68 | 758.85 | 121.42 | | 1,424,088.38 | | | | | | 10,100.37 |
| JUL 03, 2007 | RECD | 10 | 11,330.32 | 3,434.15 | 6,666.22 | 349.68 | 758.85 | 121.42 | | 1,420,654.23 | | | | | | 10,100.37 |
| AUG 02, 2007 | RECD | 11 | 11,330.32 | 3,450.23 | 6,650.14 | 349.68 | 758.85 | 121.42 | | 1,417,204.00 | | | | | | 10,100.37 |
| SEP 05, 2007 | RECD | 12 | 11,330.32 | 3,466.38 | 6,633.99 | 349.68 | 758.85 | 121.42 | | 1,413,737.62 | | | | | | 10,100.37 |
| OCT 02, 2007 | RECD | 13 | 11,330.32 | 3,482.61 | 6,617.76 | 349.68 | 758.85 | 121.42 | | 1,410,255.01 | | | | | | 10,100.37 |
| NOV 02, 2007 | RECD | 14 | 11,330.32 | 3,499.91 | 6,601.46 | 349.68 | 758.85 | 121.42 | | 1,406,755.10 | | | | | | 10,100.37 |
| DEC 04, 2007 | RECD | 15 | 11,330.32 | 3,515.29 | 6,585.08 | 349.68 | 758.85 | 121.42 | | 1,403,240.81 | | | | | | 10,100.37 |
| JAN 03, 2008 | RECD | 16 | 11,330.32 | 3,531.74 | 6,568.63 | 349.68 | 758.85 | 121.42 | | 1,399,709.07 | | | | | | 10,100.37 |
| FEB 04, 2008 | RECD | 17 | 11,330.32 | 3,548.27 | 6,552.10 | 349.68 | 758.85 | 121.42 | | 1,396,160.80 | | | | | | 10,100.37 |
| MAR 04, 2008 | RECD | 18 | 11,330.32 | 3,564.88 | 6,535.49 | 349.68 | 758.85 | 121.42 | | 1,392,595.92 | | | | | | 10,100.37 |
| APR 02, 2008 | RECD | 19 | 11,330.32 | 3,581.57 | 6,518.80 | 349.68 | 758.85 | 121.42 | | 1,389,014.35 | | | | | | 10,100.37 |
| MAY 02, 2008 | RECD | 20 | 11,330.32 | 3,598.34 | 6,502.03 | 349.68 | 758.85 | 121.42 | | 1,385,416.01 | | | | | | 10,100.37 |
| JUN 03, 2008 | RECD | 21 | 11,330.32 | 3,615.18 | 6,485.19 | 349.68 | 758.85 | 121.42 | | 1,381,800.83 | | | | | | 10,100.37 |
| JUL 02, 2008 | RECD | 22 | 11,330.32 | 3,632.10 | 6,468.27 | 349.68 | 758.85 | 121.42 | | 1,378,168.73 | | | | | | 10,100.37 |
| AUG 18, 2008 | RECD | 23 | 11,330.32 | 3,649.10 | 6,451.27 | 349.68 | 758.85 | 121.42 | | 1,374,519.63 | | | | | | 10,100.37 |
| SEP 15, 2008 | RECD | 24 | 11,330.32 | 3,666.19 | 6,434.18 | 349.68 | 758.85 | 121.42 | | 1,370,853.44 | | | | | | 10,100.37 |
| OCT 02, 2008 | RECD | 25 | 11,330.32 | 3,683.35 | 6,417.02 | 349.68 | 758.85 | 121.42 | | 1,367,170.09 | | | | | | 10,100.37 |
| NOV 04, 2008 | RECD | 26 | 11,330.32 | 3,700.59 | 6,399.78 | 349.68 | 758.85 | 121.42 | | 1,363,469.50 | | | | | | 10,100.37 |
| DEC 02, 2008 | RECD | 27 | 11,330.32 | 3,717.91 | 6,382.45 | 349.68 | 758.85 | 121.42 | | 1,359,751.59 | | | | | | 10,100.37 |
| JAN 05, 2009 | RECD | 28 | 11,330.32 | 3,735.32 | 6,365.05 | 349.68 | 758.85 | 121.42 | | 1,356,016.27 | | | | | | 10,100.37 |
| FEB 2009 | DUE | 29 | | PAYMENT REJECTED | | | | | | 1,356,016.27 | 6,347.57 | 349.68 | 121.42 | 758.85 | 566.52 | |
| MAR 2009 | DUE | 30 | | | | | | | | 1,356,016.27 | 12,665.14 | 699.36 | 242.84 | 1,517.70 | 1,133.04 | |
| APR 2009 | DUE | 31 | | | | | | | | 1,356,016.27 | 19,042.71 | 1,049.04 | 364.26 | 2,276.55 | 1,699.56 | |
| MAY 2009 | DUE | 32 | | | | | | | | 1,356,016.27 | 25,390.28 | 1,398.72 | 485.68 | 3,035.40 | 2,266.08 | |
| JUN 2009 | DUE | 33 | | | | | | | | 1,356,016.27 | 31,737.85 | 1,748.40 | 607.10 | 3,794.25 | 2,832.60 | |
| JUL 2009 | DUE | 34 | | | | | | | | 1,356,016.27 | 38,085.42 | 2,098.08 | 728.52 | 4,553.10 | 3,399.12 | |
| AUG 2009 | DUE | 35 | | | | | | | | 1,356,016.27 | 44,432.99 | 2,447.76 | 849.94 | 5,311.95 | 3,965.64 | |
| SEP 2009 | DUE | 36 | | | | | | | | 1,356,016.27 | 50,780.56 | 2,797.44 | 971.38 | 6,070.80 | 3,965.64 | |
| TOTALS | | | | $ 100,983.73 | $ 181,826.63 | $ 9,791.04 | $ 21,247.80 | $ 3,399.76 | $ - | $ 1,356,016.27 | $ 50,780.56 | $ 2,797.44 | $ 971.36 | $ 6,070.80 | $ 3,965.64 | $ 282,610.36 |

TOTAL ESCROW/RESERVE RECEIVED FROM THE SBC
PAST DUE PAYMENTS (ACCRUALS) FROM LAST PAYMENT RECEIVED

| Accrued Balances | Principal | Interest | SBA Fees | CDC Fees | CSA Fees | Late Fees | |
|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT TO BRING LOAN CURRENT | 30,518.91 | 50,780.56 | 2,797.44 | 6,070.80 | 971.36 | 3,965.64 | $ 95,104.71 |

AMORTIZATION SCHEDULE BALANCE — $ 1,325,497.36

PROJECTED MONTHS TO SEMI-ANNUAL DATE: NONE

| | Principal | Interest | SBA Fees | CDC Fees | CSA Fees | Late Fees |
|---|---|---|---|---|---|---|
| TOTALS DUE TO S/A DATE | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTAL AMOUNT DUE AT NEXT S/A DATE | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

DEBENTURE INFORMATION PROVIDED BY BANK of NY:
PRINCIPAL BALANCE OF DEBENTURE AT NEXT SEMI-ANNUAL DATE: $ 1,347,017.40
INTEREST DUE AT NEXT S/A DATE: $ 37,312.38
$ 1,384,329.78

LISTED ABOVE IS AN "ACCELERATION TRANSCRIPT OF ACCOUNT AND PAYMENT HISTORY" AS OF THE DATES INDICATED TAKEN FROM COLSON SERVICE CORPS. RECORDS

ACCELERATION TRANSCRIPT OF ACCOUNT AND PAYMENT HISTORY

Control #: 72168

| | |
|---|---|
| Name: | TV-32 DIGITAL VENTURES, INC. |
| CDC: | CAPITAL BUSINESS GROUP, INC. |
| CDC #: | 09-654 |
| Loan #: | 8998584007 |
| Issue Date: | SEP 13, 2006 |
| Maturity Date: | SEP 01, 2026 |

| | |
|---|---|
| Deb. Amount: | $ 1,457,000 |
| Deb. Rate: | 5.540% |
| Note Rate: | 5.61725% |
| Term of Loan: | 20 YEARS |
| Date last pmt.: | JAN 05, 2009 |

| | |
|---|---|
| Mo. Escrow: | |
| Pymts 1-60: | 10,100.37 |
| Pymts 61-120: | 11,330.32 |
| Pymts 121-180: | 11,330.32 |
| Pymts 181-240: | 11,330.32 |
| | 11,330.32 |

| PAYMENT | | | | APPLICATION OF PAYMENT | | | | | | BALANCES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Status | # | Payment $ Received | Principal | Interest | SBA Fee | CDC Fee | CSA Fee | Excess Amt. | Principal | Accrued Int. | Accrued SBA Fee | Accrued CSA Fee | Accrued CDC Fee | Late Fee | Escrow P, I & U |

Prepared By:

Date: