*E-FILED 08-22-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. C11-02588 HRL |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR CONTINUANCE** |
| v. | |
| ARLENE STEVENS, | |
| Defendant. | |

There being no indication why plaintiff cannot proceed sooner, the court does not find good cause for a six-month continuance of the initial case management conference. The case management conference will instead be continued to **December 13, 2011, 1:30 p.m.** in Courtroom 2. All related deadlines are adjusted accordingly. The court expects plaintiff to proceed expeditiously to either move this case forward or to seek entry of default and judgment within that time period.

SO ORDERED.

Dated: August 22, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02588-HRL Notice has been electronically mailed to:

Edwin L. Joe    Edwin.Joe@SBA.GOV

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.