MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

455 Market Street, 6th Floor
San Francisco, California  94105-2420
Telephone:     (415) 744-8494
Facsimile:     (202) 481-1810 or (415) 744-6812
Email:         edwin.joe@sba.gov

Attorneys for UNITED STATES OF AMERICA,
acting on behalf of its Agency U.S. SMALL BUSINESS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No: CV11 2588 HRL |
| | ) | |
| Plaintiff, | ) | REQUEST FOR ENTRY OF |
| | ) | DEFAULT |
| v. | ) | |
| | ) | |
| Arlene Stevens, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Hon. Magistrate Judge |
| | | Howard R. Lloyd |

## **REQUEST FOR ENTRY OF  DEFAULT**

Plaintiff, the United States of America ("USA"), on behalf of the U.S. Small Business Administration ("SBA") herby requests the Clerk to enter a default against the defendant, Arlene Stevens, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

CV11 2588 HRL- REQUEST TO ENTER DEFAULT                                          1

1

Respectfully submitted,

2

3     Dated:  November 16, 2011               /s/ Edwin L. Joe
                                            Edwin L. Joe
4                                           Special Assistant United States Attorney
                                            Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **Proof of Service By Mail**

I declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is United States Small Business Administration, 455 Market Street, 6th Floor, San Francisco, CA 94105-2420. I am readily familiar with the business practices of this office for collection and processing of correspondence by mailing with the United States Postal Service.

On November 16, 2011, I served the within:

**Request for Entry of Default, Declaration(s) in support of Request for Entry of Default, (Proposed) Default Judgment By Clerk of the Court**

on the parties addressed as shown below in said cause by placing a true and correct copy thereof in sealed envelopes for collection and mailing pursuant to the ordinary business practice of this office whereby correspondence for mailing is collected, postage is pre-paid and depositing with the United States Postal Service on the same day at San Francisco, California.

Defendant:
Arlene D. Stevens
P.O. Box 51310
Palo Alto, CA 94303

Request for Notice:
Booker Wade
1010 Corporation Way
Palo Alto, CA 94303

I declare under penalty of perjury under Federal law and laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 16, 2011, at San Francisco, California.

Judy Ishizu
Executive Secretary

CV11 2588 HRL- REQUEST TO ENTER DEFAULT                                              3