

**SMALL BUSINESS ADMINISTRATION**
Office of the Chief Financial Officer
Denver Finance Center
Programmatic Accounting Division
Denver, CO 80259

## CERTIFICATE OF INDEBTNESS

I, Michelle Gierwatoski, Lead Accountant, Programmatic Accounting Division, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration, do hereby certify as such officer that I have the authority to make this Certificate and that the financial records of said Small Business Administration are under my custody including the records which are maintained in connection with a loan to:  TV 32 DIGITAL VENTURES INC  #89985945-08.

Enclosed as Exhibit "A" is a Statement of Account and Transcript of Account relating to said loan, certified as true by Michelle Gierwatoski, Lead Accountant, Programmatic Accounting Division, Denver Finance Center, Office of the Chief Financial Officer, Small Business Administration.  Said Statement of Account and Transcript of Account are true and correct to the best of my personal knowledge and from my examination of the books and records of the Small Business Administration with respect to said loan, and are hereby incorporated with and made part of this certificate.

Executed this 16th day of November, 2011   _Michelle Gierwatoski, Accountant_
Michelle Gierwatoski, Lead Accountant

I, Betty L Summers, a Notary Public in and for the State of Colorado, do hereby certify that the above named Lead Accountant is employed by the United States Small Business Administration, and that such officer has custody of the official financial records of the Small Business Administration.

My commission expires:  November 13, 2013 _Betty Summers_
Betty L Summers



# SMALL BUSINESS ADMINISTRATION
Office of the Chief Financial Officer
Programmatic Accounting Division
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of November 16, 2011

(Interest accrued on unpaid balance through above date)

---

Loan Number: 89985945-08  Name: TV 32 DIGITAL VENTURES INC
Address: 1010 Corporation Way, Palo Alto, CA 94303

Total Amount Disbursed:

| | | |
|---|---|---|
| Loan | $ 1,356,016.27 | |
| Recoverable Expenses | $ 3,089.20 | |
| Total Amount Disbursed | $ 1,359,105.47 | |
| Less: Repayments | | $ 0.00 |
| Current Balance | | $ 1,359,105.47 |
| Add: Accrued & Purchase Interest | | $ 219,128.35 |
| Total Charges Outstanding | | $ 1,578,233.82 |
| Total Indebtedness | | $ 1,578,233.82 |

---

Daily interest accrual on current balance      $ 209.15

<u>Date of Last Transaction</u>      <u>Interest Paid Through</u>

06/28/11

---

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration.

*Michelle Gerwatoshi, Accountant*
Authorized Signature and Title         Date 11/16/11

SBA FORM 596 B (8-81)

TRANSCRIPT FOR: SBA serviced, single interest rate loans.
ENTER Interest Rate= 5.617%   DONE BY: pay
PURPOSE of Transcript:

## TRANSCRIPT OF ACCOUNT

**NAME:** TV 32 Digital Ventures Inc

**LOAN NUMBER:** 899985945-08

**SBA** U.S. Small Business Administration
Denver, CO 80259

**SERVICE OFFICE**

**INTEREST RATE:** 5.617%

**DATE:** 16-Nov-11

| TRANSACTION DATE | INTEREST DAYS | DISBURS./CPC (REFUND) | REMITTANCE | APPLICATION OF REMITTANCE PRINCIPAL | INTEREST | ACCR. INTEREST | BALANCES PRINCIPAL | ACCR. INTEREST | Calculation of Account 4020 | INTEREST RATE Change here if necessary | Principal First? 1=no 2=yes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/09 | | | | | | | $1,356,016.27 | $50,780.56 | | | |
| 08/31/10 | 364 | 100.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1,356,116.27 | $126,739.30 | $75,958.74 | 5.617% | 1 |
| 09/21/10 | 21 | 300.00 | 0.00 | $0.00 | 0.00 | 0.00 | 1,356,416.27 | 131,121.85 | 4,382.55 | 5.617% | 1 |
| 11/18/10 | 58 | 200.00 | 0.00 | $0.00 | 0.00 | 0.00 | 1,356,616.27 | 143,228.73 | 12,106.88 | 5.617% | 1 |
| 12/27/10 | 39 | 2,139.20 | 0.00 | $0.00 | 0.00 | 0.00 | 1,358,755.47 | 151,370.76 | 8,142.03 | 5.617% | 1 |
| 03/03/11 | 66 | 100.00 | 0.00 | $0.00 | 0.00 | 0.00 | 1,358,855.47 | 165,171.31 | 13,800.55 | 5.617% | 1 |
| 06/28/11 | 117 | 250.00 | 0.00 | $0.00 | 0.00 | 0.00 | 1,359,105.47 | 189,637.73 | 24,466.42 | 5.617% | 1 |
| 11/16/11 | 141 | | 0.00 | $0.00 | 0.00 | 0.00 | 1,359,105.47 | 219,128.35 | 29,490.62 | 5.617% | 1 |
| | 0 | | 0.00 | $0.00 | 0.00 | 0.00 | 1,359,105.47 | 219,128.35 | 0.00 | 5.617% | 1 |
| | 0 | | 0.00 | $0.00 | 0.00 | 0.00 | 1,359,105.47 | 219,128.35 | 0.00 | 5.617% | 1 |
| | 0 | | 0.00 | $0.00 | 0.00 | 0.00 | 1,359,105.47 | 219,128.35 | 0.00 | 5.617% | 1 |
| TOTALS | | $3,089.20 | $0.00 | $0.00 | $0.00 | $0.00 | | | $168,347.79 TOTAL 4020 | | |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

AUTHORIZED SIGNATURE: [signature]   DATE: 11/16/11

SBA FORM 466 (11-95) SOP 20 22 1

Page 1 of 1