FILED
NOV 18 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-2588 HRL |
| Plaintiff, | **DEFAULT JUDGMENT BY CLERK** |
| v. | |
| ARLENE STEVENS, | |
| Defendant. | |

The defendant, Arlene Stevens, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $ 1,359,105.47 plus interest thereon of $219,128.35 as of November 16, 2011 with daily interest thereafter of $209.15; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff, United States of America, recover of the defendant, Arlene Stevens, as of November 16, 2011, the principal sum of $1,359,105.47, and interest of $219, 128.35, plus a daily accrual of $209.15 in interest to the date of judgment, together with attorney's fees and costs in the amount of 10% pursuant to 28 U.S.C. § 3011 according to law from the date of this judgment until the entire amount is paid.

Post-judgment interest shall accrue at the legal per annum percentage rate in effect at the time of its entry, computed daily and compounded annually until paid, pursuant to 28 U.S.C. § 1961, beginning on the date this judgment is entered.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

RICHARD W. WIEKING, Clerk

Dated: November 18, 2011

By: Albert W. Younger
Deputy Clerk