1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  EDWIN L. JOE (SBN 112328)
4  Special Assistant United States Attorney

5       455 Market Street, 6th Floor
        San Francisco, California  94105-2420
6       Telephone:     (415) 744-8494
7       Facsimile:     (202) 481-1810 or (415) 744-6812
        Email:         edwin.joe@sba.gov
8
   Attorneys for UNITED STATES OF AMERICA,
9  acting on behalf of its Agency U.S. SMALL BUSINESS ADMINISTRATION
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13
14
15   UNITED STATES OF AMERICA,         )    Civil No: CV11 2588 HRL
                                       )
16              Plaintiff,             )    NOTICE OF ENTRY OF
                                       )     DEFAULT
17                                     )    and REQUEST FOR ENTRY
                                       )    OF DEFAULT JUDGMENT
18   v.                                )
19                                     )
                                       )
20   Arlene Stevens,                   )
                                       )
21              Defendant.             )
22   _____    )    Hon. Magistrate Judge
                                            Howard R. Lloyd
23

24   **NOTICE OF ENTRY OF DEFAULT AND REQUEST FOR ENTRY OF  DEFAULT
25                                JUDGMENT**

26

27

28  CV11 2588 HRL- NOTICE OF ENTRY OF DEFAULT & REQUEST TO ENTER DEFAULT 1
    JUDGMENT

Plaintiff, the United States of America ("USA"), on behalf of the U.S. Small Business Administration ("SBA") herby gives Notice of Entry of Default against defendant Arlene Stevens on November 18, 2011.

1.  Plaintiff hereby requests/moves the Clerk to enter a default judgment against the defendant, Arlene Stevens, on the basis that the plaintiff's claim is for a sum certain or a sum that can be made by computation as shown by the filed declaration of Xong Vang, docket #13, and the proposed Default Judgment, docket #14.  Default Judgment by the Clerk is requested as to defendant Arlene Stevens who has been defaulted for not appearing and who is neither a minor nor an incompetent person as provided by Rule 55(b) of the Federal Rules of Civil Procedure.

2.  A true and correct copy of the Default Entered is attached as Exhibit A.

                                                           Respectfully submitted,

Dated:  November 21, 2011                    /s/ Edwin L. Joe
                                                           Edwin L. Joe
                                                           Special Assistant United States Attorney
                                                           Attorney for Plaintiff

CV11 2588 HRL- NOTICE OF ENTRY OF DEFAULT & REQUEST TO ENTER DEFAULT JUDGMENT   2

**Proof of Service By Mail**

I declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is United States Small Business Administration, 455 Market Street, 6th Floor, San Francisco, CA 94105-2420. I am readily familiar with the business practices of this office for collection and processing of correspondence by mailing with the United States Postal Service.

On November 22, 2011, I served the within:

**Notice of Entry of Default and Request for Entry of Default Judgment by Clerk of the Court**

on the parties addressed as shown below in said cause by placing a true and correct copy thereof in sealed envelopes for collection and mailing pursuant to the ordinary business practice of this office whereby correspondence for mailing is collected, postage is pre-paid and depositing with the United States Postal Service on the same day at San Francisco, California.

Defendant:
Arlene D. Stevens
P.O. Box 51310
Palo Alto, CA 94303

Request for Notice:
Booker Wade
1010 Corporation Way
Palo Alto, CA 94303

I declare under penalty of perjury under Federal law and laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 22, 2011, at San Francisco, California.

Judy Ishizu
Executive Secretary

CV11 2588 HRL- NOTICE OF ENTRY OF DEFAULT & REQUEST TO ENTER DEFAULT JUDGMENT  3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  EXHIBIT A – (Default Entered)
28  CV11 2588 HRL- NOTICE OF ENTRY OF DEFAULT & REQUEST TO ENTER DEFAULT 4
    JUDGMENT

DEFAULT ENTERED
NOV 1 8 2011
RICHARD W. WIEKING, CLERK
By ALBERT J YOUNGER
Deputy Clerk

1  MELINDA HAAG (CABN 132612)
United States Attorney
2  JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3  EDWIN L. JOE (SBN 112328)
4  Special Assistant United States Attorney

5  455 Market Street, 6th Floor
San Francisco, California 94105-2420
6  Telephone: (415) 744-8494
7  Facsimile: (202) 481-1810 or (415) 744-6812
Email: edwin.joe@sba.gov
8
Attorneys for UNITED STATES OF AMERICA,
9  acting on behalf of its Agency U.S. SMALL BUSINESS ADMINISTRATION
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                   SAN JOSE DIVISION
14
15  UNITED STATES OF AMERICA,          )   Civil No: CV11 2588 HRL
                                       )
16              Plaintiff,             )   REQUEST FOR ENTRY OF
                                       )   DEFAULT
17  v.                                 )
                                       )
18                                     )
                                       )
19  Arlene Stevens,                    )
                                       )
20              Defendant.             )
                                       )   Hon. Magistrate Judge
21  _____)   Howard R. Lloyd
22
23            **REQUEST FOR ENTRY OF DEFAULT**
24      Plaintiff, the United States of America ("USA"), on behalf of the U.S. Small Business
25  Administration ("SBA") herby requests the Clerk to enter a default against the defendant, Arlene
26  Stevens, on the basis that the record in this case demonstrates that there has been a failure to
27  plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.
28  CV11 2588 HRL- REQUEST TO ENTER DEFAULT                                                        1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 16, 2011 | /s/ Edwin L. Joe |
|   | Edwin L. Joe |
|   | Special Assistant United States Attorney |
|   | Attorney for Plaintiff |

CV11 2588 HRL- REQUEST TO ENTER DEFAULT                                                                 2