**\*E-FILED 12-08-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C11-02588 HRL |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARLENE STEVENS, | |
| Defendant. / | |

Based on plaintiff's December 5, 2011 case management statement, the December 13, 2011 case management conference is vacated, and this case will be closed after March 8, 2012.

SO ORDERED.

Dated: December 8, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:11-cv-02588-HRL Notice has been electronically mailed to:

2 Edwin L. Joe  Edwin.Joe@SBA.GOV

3 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California