OFFICE OF THE CLERK, U.S. DISTRICT C
NORTHERN DISTRICT OF CALIFORNI
280 SOUTH FIRST STREET, ROOM 21
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7009 1410 0002 2008 4026

FILED
JAN 0 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARLENE D. STEVENS
P.O. BOX 51310
PALO ALTO, CA 94303

$05.59
NOV 18 2011
MAILED FROM ZIP CODE 95113

NIXIE   941  DE 1   00  01/04/12
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 95113309599  *2756-04455-18-38